Nathaniel Riddle, Appellee, v. Carrie Riddle, Appellant.

Gen. No. 47,683.

First District, First Division.

October 26, 1959.

Released for publication November 18, 1959.

Hansen and Towle (Roland Towle, of counsel) for defendant-appellant; Howard T. Savage and Russell E. Davis, for plaintiff-appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.